IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

       Defendant.

---

## ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

---

Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over the defendant property, and it appears, for the reasons and causes set forth in the Verified Complaint, that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that a Warrant for Arrest of the defendant property should enter.

IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of Property *In Rem* for the defendant property shall issue as prayed for and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant property as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

THAT the United States Marshals Service and/or any other duly authorized law enforcement officer shall promptly return the Warrant to the Court; and

THAT pursuant to Rule G(4)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant property must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions within sixty (60) days of the first date of publication of notice, and shall serve and file their Answers to the Verified Complaint within twenty one (21) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney Martha A. Paluch, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado 80202.

DONE at Denver, Colorado, this ___ day of _____, 2011.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE