IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00264-ZLW-MJW

UNITED STATES OF AMERICA,

  Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

  Defendant.

---

**NOTICE OF ARREST AND PROCEDURE**

---

  THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:

  THAT on February 1, 2011 the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for the forfeiture of the defendant property.

  THAT the United States Marshals Service executed a Warrant for Arrest of Property *In Rem* against the defendant property on March 8, 2011.

  THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure.  Any persons claiming or asserting an interest in the above-described property must file their Claims pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at 901 19th Street, Denver, Colorado, 80294 within thirty-five (35) days after the date of this notice.  Their Answer to

1

the Complaint must be filed within twenty one (21) days after filing their Claim. Copies of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 will be noted and forfeiture will be sought of the interest in the defendant property.

DATED this 8th day of March, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/ *Martha A. Paluch*
MARTHA PALUCH
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
Attorney for Plaintiff