IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-ZLW-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2011, true copies of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

| | |
|---|---|
| Douglas L. Romero, Esq.<br>200 S. Sheridan Blvd., Suite 150<br>Denver, Colorado 80226 | Cert. # 7008 1830 0000 6624 1516 |

                                          s/ Raisa Vilensky
                                          FSA Data Analyst
                                          Office of the United States Attorney