IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-ZLW-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

    Defendant.

---

### VERIFIED CLAIM TO CONTEST FORFEITURE

---

    COMES NOW, Claimant, Juan Carlos Alvarez, by and through his Attorney Douglas Romero and respectfully requests that the claimed property not be ordered forfeited by this Court and asserts the following

    1.    Claimant, Juan Carlos Alvarez, makes claim on behalf of himself to the property seized in the above referenced matter, and in support of such claim avers that he is the owner of such property.

    2.    The claimed property is $20,886 in U.S. currency that was seized from Claimant on August 5, 2010 in Aurora, Colorado by the Aurora Police Department.

    3.    Claimant's interest in the right to or value of the claimed property is all of the $20,887 that was seized from his possession by the Aurora Police Department.

    4.    Moreover, Claimant states that this claim is not frivolous

WHEREFORE, the Claimant respectfully requests that the claimed property not be ordered forfeited and asserts the right to defend this forfeiture action. Claimant also respectfully requests that the claimed property be returned to the Claimant by the Court.

Dated this 31st day of March 2011.

Juan Carlos Alvarez
Printed Name of Claimant                          Signature of Claimant

### VERFICATION OF CLAIMANT JUAN CARLOS ALVAREZ

I am the Claimant in this proceeding and have read this claim. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 31st day of March 2011.

Juan Carlos Alvarez

Respectfully submitted,

Douglas L. Romero, #35464
The Law Office of Douglas Romero, LLC
Attorney for Claimant
200 S. Sheridan Blvd., Ste. 150
Denver, Colorado 80226
Tel: (303) 934-7500
Fax: (303) 934-0300

# Certificate of Service

I hereby certify that on this day of 5th day of April, 2011, I electronically filed the foregoing **VERIFIED CLAIM TO CONTEST FORFEITURE** with the clerk of Court using the CMF/ECF system which will send notification of such filing to the following address:

UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ US COURTHOUSE
901 19th Street
Denver, CO  80294

MARTHA PALUCH
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
*Attorney for Plaintiff*


/S/ Sheila Sweeney
Sheila Sweeney

3