IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-ZLW-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

      Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR CLAIMANT**

---

      COMES NOW, the undersigned, a member of the bar of this Court, and herewith enters his appearance as counsel for the Claimant, Juan Carlos Alvarez.

      DATED at Denver, Colorado this 6th day of June, 2011.

      From the Law Office of Douglas L. Romero, LLC, Jason G. Alleman, Bar Registration Number 42570, 200 South Sheridan Boulevard, Suite 150, Denver, Colorado 80226, (303) 934-7500.

      Respectfully Submitted,

      By: /S/ Jason G. Alleman
      Jason G. Alleman #42570
      200 S. Sheridan, Blvd., Suite 150
      Denver, CO 80226
      Telephone: (303) 934-7500
      Facsimile: (303) 934-0300
      Email: jasonalleman@coloradochristiandefensecounsel.com

## Certificate of Service

I hereby certify that on this day of 6th day of June, 2011, I electronically filed the foregoing with the clerk of Court using the CMF/ECF system which will send notification of such filing to the following address:

MARTHA PALUCH
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
*Attorney for Plaintiff*

/S/ Sheila Sweeney
Sheila Sweeney