# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.:**  11-cv-00264-WJM-MJW          FTR - Courtroom A-502

**Date:**  June 10, 2011                            Courtroom Deputy, Monique Wiles

UNITED STATES OF AMERICA                            Martha A. Paluch

     Plaintiff(s),

v.

$20,887.00 IN UNITED STATES CURRENCY

     Defendant(s).

JUAN CARLOS ALVAREZ                                 Jason G. Alleman

     Claimant.

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   8:59 a.m.**
Court calls case.  Appearance of counsel.

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Joinder of Parties/Amendment to Pleadings: **JULY 11, 2011**

Discovery Cut-off: **DECEMBER 2, 2011**

Dispositive Motions Deadline: **JANUARY 20, 2012**

Each side shall be limited to one (1) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before OCTOBER 3, 2011.**
Parties shall designate rebuttal experts **on or before NOVEMBER 3, 2011.**

Interrogatories, Requests for Production, and Requests for Admissions shall be served **on or before SEPTEMBER 2, 2011.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and fifty (50) Requests for Admissions, without leave of Court.

Each side shall be limited to four (4) depositions, excluding experts.  Each deposition, including experts, shall be limited  to  one (1) day of a maximum of four (4) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than DECEMBER 2, 2011.**

A  **SETTLEMENT CONFERENCE** is set for **AUGUST 15, 2011 at 2:00 p.m.**
in  Courtroom A-502,  Fifth  Floor,  Alfred A. Arraj United States Courthouse, 901  19th Street, Denver,  Colorado 80294.  **Claimant shall be present with counsel.**

Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe
via e-mail, as a PDF attachment, at  Watanabe_Chambers@cod.uscourts.gov **on or before August 10, 2011.**
In the subject line of the e-mail, counsel shall list the case number, short caption, date of the conference and "confidential settlement statement."
Statements containing more than 15 pages  **should** also be submitted in hard copy paper form with the envelope addressed to   "Magistrate Judge Watanabe Chambers. Personal and Confidential".
All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved,  with full settlement authority shall be present **in person** at the settlement conference.   Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

**FINAL PRETRIAL CONFERENCE** set for **MARCH 12, 2012 at 9:00 a.m.**
in   Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Watanabe_Chambers@cod.uscourts.gov,  **on or before March 7, 2012.**
Valid photo identification is required to enter the courthouse.  In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**    Trial Preparation Conference and Trial dates will be provided at a future date by the Honorable William J. Martinez.

Parties anticipate a three (3) day trial to a jury.

Parties are directed to www.cod.uscourts.gov  and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**[X]**    Scheduling Order is signed and entered  with interlineations on June 10, 2011.

HEARING CONCLUDED.

**Court in recess:  9:23 a.m.**
Total in-court time: 24 minutes

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.