IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

       Defendant.

_____

**NOTICE OF PUBLICATION**
_____

I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 14, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

DATED this 20th day of June, 2011.

                                    Respectfully submitted,

                                    JOHN F. WALSH
                                  United States Attorney

                    By:  s/ Martha A. Paluch
                          MARTHA A. PALUCH
                          Assistant United States Attorney
                          Seventeenth Street Plaza
                          1225 17th Street, Suite 700
                          Denver, Colorado  80202
                          Phone:  (303) 454-0100
                          Fax: (303) 454-0402
                          E-mail: Martha.Paluch@usdoj.gov
                          Attorney for Plaintiff