IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$20,887.00 IN UNITED STATES CURRENCY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Scheduling Order (Docket No. 16) is amended to reflect that the Final Pretrial Conference is set for March 12, 2012, at 9:00 a.m. in Courtroom A-502 before Magistrate Judge Watanabe (as set forth in the Minute Entry docketed June 10, 2011 - Docket No. 15), rather than on June 12, 2012, at 9:00 a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five days before the Final Pretrial Conference.

Date: June 24, 2011