IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-ZLW-MJW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

     Defendant.

---

### CLAIMANT'S UNOPPOSED MOTION TO BE AVAILABLE VIA PHONE AT THE AUGUST 15, 2011 SETTLEMENT CONFERENCE, OR IN THE ALTERNATIVE, CLAIMANT'S MOTION TO CONTINUE THE AUGUST 15, 2011 SETTLEMENT CONFERENCE

---

COMES NOW, Claimant, Juan Carlos Alvarez, by and through his Attorney Jason Alleman, and respectfully requests this Honorable Court allow Claimant to be available via phone versus being physically present during the Settlement Conference scheduled for August 15, 2011 at 2 p.m., or in the alternative should that request be denied, continue the Settlement Conference. As grounds therefore, Claimant offers as follows:

1.    Both parities' counsel while present at a June 10, 2009 at a Scheduling Conference determined that a Settlement Conference would have the potential to be helpful. Claimant's counsel was notified to have Mr. Alvarez physically present at the Settlement Conference

1

2. Claimant was not present at the Scheduling Conference. However, Claimant's counsel believed in good-faith that the August 15, 2011 date selected for the Settlement Conference would be an available day and time for Claimant's physical presence. However, Claimant was involved in a recent motorcycle accident in California where he sustained numerous and extensive injuries, including burns, to his face and body. Claimant was hospitalized for his injuries and would likely not be capable of being physically present at the Settlement Conference. *See* Exhibits A and B.

3. Nonetheless, Plaintiff can be fully available via phone at the Settlement Conference to communicate with his counsel regarding any settlement negotiations. Claimant does not believe the ability to effectively work towards a potential settlement would be compromised were he to be fully present via phone and that the detriment, if any, of not being physically present would be minimal.

4. Pursuant to Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Colorado, Claimant's counsel has conferred with opposing counsel and this Motion is unopposed.

WHEREFORE, the Claimant respectfully requests this Honorable Court grant Claimant's request to allow him to be available via phone versus being physically present during the Settlement Conference scheduled for August 15, 2011 at 2 p.m., or in the alternative should that request be denied, continue the Settlement Conference to a date definitively securing

Claimant's presence at court.

Dated this 9th day of August 2011.

                Respectfully Submitted,

                By: /S/ Douglas L. Romero
                Douglas L. Romero, #35464
                200 S. Sheridan, Blvd., Suite 150
                Denver, CO 80226
                Telephone:  (303) 934-7500
                Facsimile:  (303) 934-0300

## Certificate of Service

I hereby certify that on this day of 9th day of August, 2011, I electronically filed the foregoing CLAIMANT'S UNOPPOSED MOTION TO BE AVAILABLE VIA PHONE AT THE AUGUST 15, 2011 SETTLEMENT CONFERENCE, OR IN THE ALTERNATIVE, CLAIMANT'S MOTION TO CONTINUE THE AUGUST 15, 2011 SETTLEMENT CONFERENCE with the clerk of Court using the CMF/ECF system which will send notification of such filing to the following address:

MARTHA PALUCH
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
*Attorney for Plaintiff*


/S/ Sheila Sweeney
Sheila Sweeney

3