IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$20,887.00 IN UNITED STATES CURRENCY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that CLAIMANT'S UNOPPOSED MOTION TO BE AVAILABLE VIA PHONE AT THE AUGUST 15, 2011 SETTLEMENT CONFERENCE, OR IN THE ALTERNATIVE, CLAIMANT'S MOTION TO CONTINUE THE AUGUST 15, 2011 SETTLEMENT CONFERENCE [Docket No. **21**], filed with the court August 09, 2011, is Granted in part and Denied in part.   That portion of Claimant's Unopposed Motion to be Available Via Phone at the August 15, 2011 Settlement Conference is GRANTED; that portion of Claimant's Motion to Continue the August 15, 2011 Settlement Conference is DENIED.  The Settlement Conference remains set AUGUST 15, 2011 at 2:00 p.m.  (Mountain Time).

It is FURTHER ORDERED that the Claimant shall telephone the Court at the scheduled time (Mountain Time) by calling (303)844-2403.  Claimant shall make himself available for the entire duration of the settlement conference.

Date:   August 10, 2011