# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  11-cv-00264-WJM-MJW | FTR - Courtroom A-502 |
| **Date: August 15, 2011** | Courtroom Deputy, Laura Galera |
| UNITED STATES OF AMERICA, | Martha Paluch |
|     Plaintiff, | |
| v. | |
| $20,887.00 IN UNITED STATES CURRENCY, | |
|     Defendant, | |
| JUAN CARLOS ALVAREZ, | Douglas L. Romero |
|     Claimaint, | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: SETTLEMENT PLACED ON RECORD**
**4:13 p.m.**     **Court in session.**

Claimant Mr. Alvarez appears by telephone to place the settlement on the record.

The Settlement Agreement is reviewed and placed on the record. The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**It is ORDERED:**     The Settlement Agreement is approved.

**It is ORDERED:**     Counsel for the government shall submit the Settlement documents **on or before August 29, 2011.**

**It is ORDERED:**     The Final Pretrial Conference set before Magistrate Judge Watanabe on March 12, 2012 at 9:00 a.m. is VACATED.

**It is ORDERED:**     All parties are responsible for their own attorney fees and costs.

**It is ORDERED:**     Attorney Douglas Romero to provide the information for the check to be sent and the routing information for the bank accounts with the government.

Hearing concluded.

**4:17 p.m.    Court in recess.**
Total time in court: 00:04

4.5 hours were spent by the Court in preparing for and conducting the settlement conference.