IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

    Defendant.

## SETTLEMENT AGREEMENT

COMES NOW the United States of America, by and through Assistant United States Attorney Martha A. Paluch, and claimant Juan Carlos Alvarez, by and through counsel Douglas L. Romero, Esq., and submit the following Settlement Agreement:

1.    The parties hereby agree that $14,387.00 of defendant $20,887.00 in United States Currency, including all right, title, and interest, will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law.

2.    The parties further agree that upon entry of the Final Order of Forfeiture, the United States will promptly direct the United States Marshals Service to return to claimant Alvarez, through counsel Douglas L. Romero, Esq., the remaining $6,500.00 in United States Currency.

3.    A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to all of defendant $20,887.00 in United States Currency.

4. Any attorneys fees, interest, costs, and fees incurred by claimant will be his sole responsibility and obligation.

5. Claimant agrees that he understands that federal law requires the Department of the Treasury to offset Federal payments to collect delinquent tax and non-tax debts owed to the United States, and to individual states (including past-due child support).

6. The United States and claimant forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the defendant property herein, except for any civil tax liability which claimant understands must be handled between claimant and the Internal Revenue Service directly.

7. Should any other claims or answers be filed necessitating further administrative or judicial action regarding the defendant property herein, claimant agrees to cooperate fully with the United States in the preparation for, handling of, and hearings or trial on such claim or answer, as determined by the United States.

8. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of the United States and claimant.

9. The filing of this Settlement Agreement does not constitute a dismissal of this action. A Motion for Final Order of Forfeiture resolving all issues in this case is being filed contemporaneously herewith.

3

DATED: August 25, 2011          s/ *Martha A. Paluch*
                                MARTHA A. PALUCH
                                Assistant United States Attorney
                                1225 17th Street, Suite 700
                                Denver, Colorado 80202
                                Telephone: (303) 454-0100
                                FAX: (303) 454-0402
                                E-mail: Martha.Paluch@usdoj.gov
                                *Counsel for Plaintiff*


DATED: August 20, 2011          s/ *Douglas L. Romero*
                                DOUGLAS L. ROMERO
                                200 South Sheridan Boulevard
                                Suite 150
                                Denver, Colorado  80226
                                Telephone:  (303)934-7500
                                FAX: (303) 934-0300
                                *Counsel for Claimant*


DATED: August 19, 2011          s/ *Juan Carlos Alvarez*
                                JUAN CARLOS ALVAREZ
                                *Claimant*

Case No. 1:11-cv-00264-WJM-MJW   Document 25   filed 08/25/11   USDC Colorado   pg 3 of 3