IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

        Defendant.

_____

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

        The United States of America, by and through Assistant United States Attorney Martha A. Paluch, with the concurrence of claimant Juan Carlos Alvarez, through counsel Douglas Romero, Esq., moves this Court to enter a Final Order of Forfeiture and Judgment in this case. In support, the Plaintiff states:

        1.    The United States filed its Verified Complaint for Forfeiture *In Rem* against the defendant property pursuant to 21 U.S.C. § 881, on February 1, 2011. (Doc. 1).

        2.    All known interested parties have received notice of this action, as evidenced by the Certificate of Service filed with the Court on March 8, 2011. (Doc. 7). Notice was further posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 14, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (see Notice of Publication, Doc. 18).

        3.    On April 5, 2011, claimant Juan Carlos Alvarez, through Douglas Romero, Esq., filed a Verified Claim to Contest Forfeiture claiming interest in all of the defendant

1

property (Doc. 9), and he filed an Answer to the Verified Complaint on April 25, 2011. (Doc. 12). No other individual or entity has filed a requisite Claim, Answer, or any other documents, and thus the only parties in this action are the United States and claimant Juan Carlos Alvarez.

    4.    The United States and sole claimant Juan Carlos Alvarez have reached a settlement resolving all issues in this civil forfeiture matter, and a Settlement Agreement is being filed contemporaneously herewith. The terms agreed to by the parties are, *inter alia*, as follows:

    a.    The parties hereby agree that $14,387.00 of defendant $20,887.00 in United States Currency, including all right, title, and interest, will be forfeited to the United States pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law.

    b.    The parties further agree that upon entry of the Final Order of Forfeiture, the United States will promptly direct the United States Marshals Service to return to claimant Alvarez, through counsel Douglas Romero, Esq., the remaining $6,500.00 in United States Currency.

    c.    A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to all of defendant $20,887.00 in United States Currency.

    5.    As evidenced by the parties' Settlement Agreement, all issues pertaining to the defendant property have been resolved, and the requirements of D.COLO.LR 7.1 have been met.

6. The facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a final judgment and order of forfeiture pursuant to 21 U.S.C. § 881 as to all of the defendant property.

WHEREFORE, the United States moves this Court pursuant to 21 U.S.C. § 881 to enter a Final Order of Forfeiture in this case forfeiting $14,387.00 of defendant $20,887.00 in United States Currency in accordance with the terms and provisions of the parties' Settlement Agreement, and to issue a Certificate of Reasonable Cause as to all of defendant $20,887.00 in United States Currency pursuant to 28 U.S.C. § 2465.

DATED this 25th day of August, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 25th day of August, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participant:

Douglas L. Romero
*Counsel for Claimant Juan Carlos Alvarez*

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney

3