**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA

    Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the on the United States' Unopposed Motion for Final Order of Forfeiture filed August 25, 2011 (ECF No. 26).  The Court having reviewed the Motion FINDS as follows:

1. THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

2. THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

3. THAT sole claimant Juan Carlos Alvarez, through Douglas Romero, Esq., has filed a Verified Claim to Contest Forfeiture, and Answer to the United States' Verified Complaint;

4. THAT the United States and sole claimant Juan Carlos Alvarez through Douglas Romero, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

5. THAT no other claims to the defendant property have been filed;

6. THAT upon agreement of the parties, claimant Juan Carlos Alvarez agrees to forfeit to the United States, $14,387.00 of defendant $20,887.00 in United States Currency, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

7. THAT upon agreement of the parties, the United States has agreed to return to claimant Juan Carlos Alvarez, $6,500.00 of defendant $20,887.00 in United States Currency;

8. THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Now, therefore, it is ORDERED

1. THAT judgment of forfeiture of $14,387.00 of defendant $20,887.00 in United States Currency shall enter in favor of the United States;

2. THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

3. THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of defendant $20,887.00 in United States Currency pursuant to 28 U.S.C. § 2465.

Dated this 26th day of August, 2011.

BY THE COURT:

William J. Martínez
United States District Judge