IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00264-WJM-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$20,887.00 IN UNITED STATES CURRENCY,

       Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable Judge William J. Martinez on August 26, 2011, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

1. Forfeiture and full legal title to $14,387.00 of defendant $20,887.00 in United States Currency is hereby entered in favor of the United States.

2. The United States may dispose of the above-described forfeited property in accordance with law.

DATED at Denver, Colorado this 29th day of August, 2011.

                                      FOR THE COURT:

                                      GREGORY C. LANGHAM, CLERK

                                      s/ Edward P. Butler
                                      Edward P. Butler,
                                      Deputy Clerk